IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-22398-CIV Ungaro/Simonton

GRACIELA PALACIOS, on her own behalf
and others similarly situated,

        Plaintiff,

v.

BOEHRINGER INGELHEIM
PHARMACEUTICALS INC., a Foreign Profit
Corporation,

        Defendant.

**DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer"), through its undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 12(c), for judgment on the pleadings, seeking a dismissal with prejudice of Plaintiff's class allegations.

In support, Boehringer states the following: On November 2, 2009, Plaintiff and Boehringer executed a valid and binding Separation Agreement and General Release ("Agreement"). In the Agreement, Plaintiff waived her right to become a member of any class in a case in which claims are asserted against Boehringer that are related in any way to Plaintiff's employment. In subsequently filing this lawsuit, Plaintiff asserts a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, alleging that she was not paid a rate of one and one-half times her regular hourly rate of pay for all time worked in excess of forty (40) hours. Count I is brought as a collective action, a right Plaintiff expressly and effectively waived in the

Agreement.  Plaintiff is thus in breach of the Agreement.  Because money damages for this breach are difficult to calculate and inadequate to provide full relief, Boehringer seeks specific performance of the Agreement.  Accordingly, Boehringer respectfully requests that the Court grant this motion for judgment on the pleadings and dismiss with prejudice Plaintiff's allegations on behalf any individual other than herself.

WHEREFORE, for the reasons stated above and in the accompanying Memorandum of Law in Support, Boehringer respectfully requests that the Court enter an order:

(1) dismissing Plaintiff's allegations on behalf of any individual other than herself; and

(2) awarding to Boehringer any other relief the Court deems just and proper.

Case No. 10-22398-CIV Ungaro/Simonton

Respectfully submitted,

JACKSON LEWIS LLP
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 577-7600
Facsimile:   (305) 373-4466

/s/ Tasos C. Paindiris

| | |
|---|---|
| William J. Anthony (*pro hac vice*) | Tasos C. Paindiris (Bar No. 41806) |
| David R. Golder (*pro hac vice*) | 2 South Biscayne Blvd. |
| 90 State House Square, 8th Floor | Suite 3500 |
| Hartford, CT  06103 | Miami, FL 33131 |
| Tel:  (860) 522-0404 | Tel:  (305) 577-7600 |
| Fax:  (860) 247-1330 | Fax:  (305) 373-4466 |

Paul DeCamp (*pro hac vice*)
10701 Parkridge Boulevard
Suite 300
Reston, Virginia  20191
Tel:  (703) 483-8300
Fax:  (703) 483-8301

Counsel for Boehringer Ingelheim
Pharmaceuticals, Inc.

November 9, 2010

**Case No. 10-22398-CIV Ungaro/Simonton**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Tasos C. Paindiris
Tasos C. Paindiris

Case No. 10-22398-CIV Ungaro/Simonton

**SERVICE LIST**

Case No. 10-22398-CIV Ungaro/Simonton
United States District Court, Southern District of Florida

Nanette Lopez-Lima Levi, Esq.
Florida Bar No.: 646679
Email: nlevi@forthepeople.com
Morgan & Morgan
6824 Griffin Road
Davie, Florida  33314
Telephone:  954-318-0268
Facsimile:   954-333-3515
ATTORNEY FOR PLAINTIFF

Tasos C. Paindiris, Esq.
Florida Bar No.:  41806
E-mail:  Tasos.Paindiris@jacksonlewis.com
Jackson Lewis, LLP
One Biscayne Boulevard
2 South Biscayne Boulevard, Suite 3500
Miami, FL 33131
Telephone:  305-577-7600
Facsimile:  305-373-4466

Paul DeCamp (*pro hac vice*)
10701 Parkridge Boulevard
Suite 300
Reston, Virginia  20191
Tel:  (703) 483-8300
Fax:  (703) 483-8301

William J. Anthony (*pro hac vice*)
David R. Golder (*pro hac vice*)
90 State House Square, 8th Floor
Hartford, CT  06103
Tel:  (860) 522-0404
Fax:  (860) 247-1330

ATTORNEYS FOR DEFENDANTS